■ JACQUELINE DUGAN, Plaintiff, v IDA BELIK et al., Defendants and Third-Party Plaintiffs-Respondents. ROBERT E. DUGAN, Third-Party Defendant-Appellant.—Appeal from an order of the Supreme Court (Plumadore, J.), entered January 10, 1990 in Schenectady County, which granted third-party plaintiffs' motion for a default judgment against third-party defendant.

Since there can be no appeal from a judgment granted by default, the appeal in this matter must be dismissed *(see,* CPLR 5511; *Imor v Imor,* 114 AD2d 552).

Appeal dismissed, without costs. Mahoney, P. J., Kane, Casey, Weiss and Harvey, JJ., concur.